### Commonwealth *v.* Sherman, Appellant.

Argued June 13, 1967. *Donald J. Goldberg,* for appellant; *Leslie J. Carson,* Assistant District Attorney, with him *Raymond K. Denworth, Jr.* and *Alan J. Davis,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WRIGHT, J., absent.